396 A.2d 15

Commonwealth v. Bradley, Appellant.

Submitted June 13, 1977. Joseph Mistrano, for appellant; Deborah E. Glass, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 15

Commonwealth v. Bradley, Appellant.

Commonwealth v. McDonald, Appellant.

